FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Raymond Blackburn

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 8 2025

FILED

(Enter above full name of plaintiff or plaintiffs)

v.

Sheriff Eugene Brantley
Captain Danko
Captain Daniels
Captain Harrell

CV125- 206

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____ No _X_

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?     Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No _X_

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____

II. Place of present confinement: Charles B. Webster Detention Center

A. Is there a prisoner grievance procedure in this institution? Yes X No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes X No ___

C. If your answer to B is yes:

1. What steps did you take? Grievance of official in charge of inmate care & treatment. -Grievance on maintenance. Grievance on Sanitation.

2. What was the result? Forwarded to appropriate official but, has done nothing to remedy the issue at hand.

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes _X_ No ___

If yes, what was the result? _No appeal option available_

D. If you did not utilize the prison grievance procedure, explain why not: ___

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Raymond Blackburn_
   Address: _Charles B. Webster Detention Center_
   _1941 Phinizy Rd._
   _Augusta, GA 30906_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Eugene Brantley - CBWDC -_
   Position: _Sheriff_
   Place of employment: _Richmond County Jail_
   Current address: _1941 Phinizy Rd._
   _Augusta, GA 30906_

C. Additional defendants: _Captain Danko - Captain Harrell - Captain Daniels_

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

There is an abundance of black mold in and on the air vents and around the dorm. I am getting sick along with other people due to being subjected to this contaminated living environment. On 8-26-2025 I filed grievance on Prison officials; 8-26-2025 I filed grievance on Maintenance; 8-26-2025 I filed grievance on Sanitation and nothing has been done to remedy this detrimental situation.

Captain Danko - Captain Daniels - Captain Harrell Know the severity of letting us continue as an ongoing event to be subjected to dangerous environment.

Witness: Alan Lee Romero

5

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am humbly requesting that this honorable court grant me declorative relief. I am requesting for a permanent injunction. I am also humbly requesting for compensatory relief in the sum of $15,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __September__, 20__25__.

Prisoner No. 000616904

_____
(Signature of Plaintiff)

6

Raymond Blackburn #611454
Richmond County Jail
1941 Phinizy Rd
Augusta, GA 30906

ATLANTA GA RPDC 302
6 SEP 2025 AM 5 L

Clerk U.S. District Court
P.O. Box 1130
Augusta, GA 30903

Legal Mail

30903-113030

Legal mail